**DISMISS and Opinion Filed August 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00168-CV**

**CHRISTIAN ORJI, Appellant**
**V.**
**LATISHA GABRIEL AND ALL OCCUPANTS, Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05340-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Before the Court is appellant's notice of nonsuit that the Court construes as a motion to dismiss this appeal. Appellant states in the motion that she no longer wishes to prosecute this case.

We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190168F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHRISTIAN ORJI, Appellant

No. 05-19-00168-CV     V.

LATISHA GABRIEL AND ALL
OCCUPANTS, Appellees

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-18-05340-C.
Opinion delivered by Chief Justice Burns.
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees LATISHA GABRIEL AND ALL OCCUPANTS recover their costs of this appeal from appellant CHRISTIAN ORJI.

Judgment entered August 1, 2019